**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6925**

———————

GARRETT NEAL DAVIS,

Plaintiff - Appellant,

versus

F. CAMPBELL; SERGEANT WALKER, Correctional
Officer; DR. CYPRESS, Medical
Administrator/Dillwyn Correctional Center,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge. (CA-03-534-7)

———————

Submitted: October 20, 2004          Decided: November 4, 2004

———————

Before WILKINSON, LUTTIG, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Garrett Neal Davis, Appellant Pro Se.  Richard Carson Vorhis,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Carlene Booth Johnson, PERRY & WINDELS, Dillwyn, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Garrett Neal Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Davis v. Campbell, No. CA-03-534-7 (W.D. Va. May 11, 2004). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED